GARY R. BASHAM (SBN 130119)
NANCY L. McCOY (SBN 184983)
BASHAM LAW GROUP
100 Pringle Avenue, Suite 330
Walnut Creek, CA 94596
Telephone: (925) 309-6112
Facsimile: (925) 952-7078
gary@bashamlawgroup.com
nancy@bashamlawgroup.com

Attorneys for Plaintiff,
JESSICA GLYNN

JESSE J. MADDOX (SBN 219091)
KIMBERLY A. HORIUCHI (SBN 214869)
LIEBERT CASSIDY WHITMORE
5250 N. Palm Avenue, Suite 310
Fresno, CA 93704
Telephone: (559) 256-7800
Facsimile: (559) 449-4535
jmaddox@lcwlegal.com
khoriuchi@lcwlegal.com

Attorneys for Defendant
CITY OF STOCKTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA GLYNN, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF STOCKTON; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No. 2:15-CV-00529-KJM-JB<br><br>**STIPULATION AND ORDER RE: EXPERT DISCOVERY**<br>.<br>Judge: Hon Kimberly Mueller<br>Courtroom 3, 15th Floor<br><br>Trial Date: January 30, 2017 |

Pursuant to this Court's September 9, 2016 Minute Order (ECF #56), Plaintiff JESSICA GLYNN and Defendant CITY OF STOCKTON, through their counsel of record, submitted a Joint Stipulation Re: Status Of Meet And Confer Efforts Of Counsel Relating To Expert Discovery (ECF #59) on September 16, 2016.

This Court's Final Pretrial Order issued on September 22, 2016 (ECF #60) further directed the parties to meet and confer to determine how they wished to proceed with regard to the outstanding expert discovery issues, and submit a stipulation and proposed order by October 21, 2016.

Following meet and confer efforts, counsel for the parties have stipulated to, and hereby jointly propose to the Court, the following updated expert discovery schedule:

| *Activity* | *Proposed Revised Deadline date* |
|---|---|
| Deadline for Plaintiff to produce any additional/supplemental documentation on wage loss mitigation (not including supplemental expert reports). | 10/31/16 |
| Deadline for the parties to file and serve any supplemental expert report(s) by their previously disclosed expert(s). The parties may not, however, designate additional or different experts. | 11/10/16 |
| Deadline for completion of supplemental expert discovery. | 11/30/16 |
| Deadline for the parties to supplement their Trial Exhibit Lists with regard to any documents produced by Plaintiff regarding wage loss/mitigation, and any supplemental expert reports. | 12/9/16 |

Date:  October 10, 2016              BASHAM LAW GROUP

                                     By:   /s/Nancy L. McCoy
                                           NANCY L. McCOY
                                           Attorneys for Plaintiff
                                           Jessica Glynn


Date:  October 10, 2016              LIEBERT CASSIDY WHITMORE

                                     By: /s/ Jesse Maddox
                                           JESSE MADDOX
                                           KIMBERLY HORIUCHI
                                           Attorneys for Defendant
                                           City of Stockton

# ORDER

Having read and considered the parties' Stipulation Re: Expert Discovery, and good cause appearing, IT IS HEREBY ORDERED THAT the expert discovery schedule in this case shall be modified as follows:

| *Activity* | *Revised Deadline date* |
| --- | --- |
| Deadline for Plaintiff to produce any additional/supplemental documentation on wage loss mitigation (not including supplemental expert reports). | 10/31/16 |
| Deadline for the parties to file and serve any supplemental expert report(s) by their previously disclosed expert(s). The parties may not, however, designate additional or different experts. | 11/10/16 |
| Deadline for completion of supplemental expert discovery. | 11/30/16 |
| Deadline for the parties to supplement their Trial Exhibit Lists with regard to any documents produced by Plaintiff regarding wage loss/mitigation, and any supplemental expert reports. | 12/9/16 |

**IT IS SO ORDERED.**

Dated: October 14, 2016

_____
UNITED STATES DISTRICT JUDGE