1  Jesse J. Maddox, Bar No. 219091
   jmaddox@lcwlegal.com
2  Kimberly A. Horiuchi, Bar No. 214869
   khoriuchi@lcwlegal.com
3  LIEBERT CASSIDY WHITMORE
   A Professional Law Corporation
4  5250 North Palm Ave, Suite 310
   Fresno, California 93704
5  Telephone:    559.256.7800
   Facsimile:    559.449.4535
6
7  Attorneys for Defendant CITY OF STOCKTON

8              UNITED STATES DISTRICT COURT

9      EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

10

| JESSICA GLYNN, an individual, | Case No.:  2:15-CV-00529 KJM-DB |
|---|---|
| Plaintiff, | |
| v. | **CITY OF STOCKTON'S OBJECTIONS TO PLAINTIFF'S TRIAL EXHIBITS** |
| CITY OF STOCKTON, and DOES 1 through 50, inclusive, | Trial Date:          February 1, 2017 |
| Defendant. | |

**TO THE COURT, PLAINTIFF, AND HER ATTORNEYS OF RECORD:**

Defendant City of Stockton ("City") hereby files the following objections to Plaintiff's

Proposed List of Exhibits and Supplemental List of Exhibits in accordance with the Court's

September 22, 2016 Final Pretrial Order, ECF Doc. 60.

| EXHIBIT NUMBER | PLAINTTIFF'S DESCRIPTION | OBJECTION | RULING |
|---|---|---|---|
| 1. | Printout of webpage/copy of August 11, 2009 memorandum prepared by "Alicia Duer, Grants Manager" for Deputy City Manager Laurie Montes, concerning a Juvenile Accountability Block Grant, pursued by Ms. Montes and Ms. Duer as part of the grant funding for Peacekeepers in | City objects that this document is not relevant to the instant action as it pertains to the Juvenile Accountability Block Grant in 2009 and has no bearing on this case. See Fed. R. Evid. ("FRE") 402. This document is also | Sustained _____ Overruled _____ Withdrawn _____ |

8033199.1 ST398-011

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

| | | | |
|---|---|---|---|
| | 2009. | duplicative in purpose to Exhibit 8. The City further objects that admission of this Exhibit will cause undue delay, waste time, and result in needless presentation of cumulative evidence. FRE 403. | |
| 5. | Email between Laurie Montes and Ralph Womack dated January 29, 2013 re: "FLSA training." | This document was excluded by the Court in accordance with its January 12, 2017 ruling on Plaintiff's Rule 37 Motion. ECF, Doc. 88. | Sustained ____ Overruled ____ Withdrawn ____ |
| 6. | Email correspondence exchanged between Ralph Womack, Laurie Montes, Deanna Solina etc. re: "Possible FLSA training possible overtime issue. | This document was excluded by the Court in accordance with its January 12, 2017 ruling on Plaintiff's Rule 37 Motion. ECF, Doc. 88. | Sustained ____ Overruled ____ Withdrawn ____ |
| 7. | Email between Laurie Montes and Ralph Womack dated February 13, 2013 entitled "meeting." | This document was excluded by the Court in accordance with its January 12, 2017 ruling on Plaintiff's Rule 37 Motion. ECF, Doc. 88. | Sustained ____ Overruled ____ Withdrawn ____ |
| 13. | San Joaquin MHSA Three-Year Program and Expenditure Plan - 2014-15 – 2016-17 – February 24, 2014 Presentation to Steering Committee. | Irrelevant. FRE 402. The City further objects that this Exhibit will cause undue delay, waste time, and result in needless presentation of cumulative evidence. FRE 403. | Sustained ____ Overruled ____ Withdrawn ____ |
| 14. | San Joaquin County Behavioral Health Services Prevention and Early Intervention Evaluation Report – Fiscal Year 2012/2013(Prepared June, 2014) | Irrelevant. FRE 402. The City objects that this Exhibit will cause undue delay, waste time, and result in needless presentation of cumulative evidence FRE 403. | Sustained ____ Overruled ____ Withdrawn ____ |

8033199.1 ST398-011

City of Stockton's Objections to Plaintiff's Trial Exhibits

| | | | |
|---|---|---|---|
| 15. | San Joaquin County Behavioral Health Services Mental Health Services Act (MHSA) Three Year Program and Expenditure Plan- 2014-2017 (September, 2014) | The City objects that this Exhibit will cause undue delay, waste time, and result in needless presentation of cumulative evidence. FRE 403. This Exhibit is voluminous and is likely cumulative of percipient witness testimony. | Sustained ____ <br><br> Overruled ____ <br><br> Withdrawn ____ |
| 22. | Email chain between Jessica Glynn and Christian Clegg dated October 9, 2014 at 9:24 AM entitled" Couple of items" | The City objects to this Exhibit as duplicative of Exhibit 19. | Sustained ____ <br><br> Overruled ____ <br><br> Withdrawn ____ |
| 23. | Defendant City of Stockton Human Resources (Mary Johnson, Human Resources Technician) confirming Jessica Glynn's appointment to OVP Manager position, and attaching October 10, 2014 correspondence from Deanna Solina) re: confirmation of approval of Glynn's appointment to OVP Manager position. | The City objects to this Exhibit as hearsay without a recognized exception. See FRE 802 and 803. Mary Johnson is not on Plaintiff's witness list and she is the author of this email. The substance of the email constitutes an out of court statement offered for its truth. Without the author of the email present in court, it constitutes impermissible hearsay. | Sustained ____ <br><br> Overruled ____ <br><br> Withdrawn ____ |
| 28. | October 24, 2014 email correspondence from Stewart Wakeling, CPSC re: new OVP "Director," Jessica Glynn. | Irrelevant. FRE 402. The City further objects that this Exhibit will cause undue delay, waste time, and result in needless presentation of cumulative evidence. FRE 403. | Sustained ____ <br><br> Overruled ____ <br><br> Withdrawn ____ |
| 30. | November 7, 2014 email correspondence from Stewart Wakeling, CPSC re: new OVP "Director, Jessica Glynn. | Irrelevant. FRE 402. The City further objects that this Exhibit will cause undue delay, waste time, and result | Sustained ____ <br><br> Overruled ____ <br><br> Withdrawn ____ |

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

| | | | |
|---|---|---|---|
| | | in needless presentation of cumulative evidence. FRE 403. | |
| 33. | | November 10, 11 and 12 email correspondence from Stewart Wakeling of CPSC regarding CalGrip grant application rejection. | Irrelevant. FRE 402. The City also objects to this Exhibit as it does not know to which documents Plaintiff is referring. The Bates-stamps identified in Plaintiff's List of Exhibits do not correspond to any produced documents in this case. | Sustained ____  Overruled ____  Withdrawn ____ |
| 34. | | November 11, 2014 email correspondence from Ken Praegitzer to Robina Asghar, Executive Director of CPFSJ re: OVP "Director, Jessica Glynn." | Irrelevant. FRE 402. The City further objects that this Exhibit will cause undue delay, waste time, and result in needless presentation of cumulative evidence. FRE 403. | Sustained ____  Overruled ____  Withdrawn ____ |
| 43. | | January 5, 2015 email correspondence from Jose Gomez to Sammy Nunez, Executive Director of Father & Families, re: Jessica Glynn as new OVP Director. | Hearsay. See FRE 802 and 803. Sammy Nunez is not on Plaintiff's witness list and he is the author of this email. | Sustained ____  Overruled ____  Withdrawn ____ |
| 44. | | January 13, 2015 email correspondence from Florence Low to Plaintiff, Alicia Duer and Ken Praegitzer re: PEI Funding for Operation Peacekeepers, with embedded emails of (1) December 18, 2014 from Frances Hutchins to Alicia Duer and Ken Praegitzer and (2) April 11, 2014 from Frances Hutchins to Alicia Duer and other recipients regarding PEI meetings; "Thank you for attending yesterday…" | The City has no objection to Documents Bates-stamped 4005-4006, but the remainder of Exhibit 44 is duplicative of documents Bates-stamped 4005-4006. Duplicative exhibits will waste time, and will result in needless presentation of cumulative evidence. FRE 403. | Sustained ____  Overruled ____  Withdrawn ____ |

| 45. | Email Chain between Florence Low, Jessica Glynn, Ken Praegitzer, Alicia Duer, and Frances Hutchins dated January 14, 2015 at 2:13 PM entitled "Re: Fwd: PEI funding for Operation Peacekeepers." | This Exhibit was excluded as part of the Court's January 12, 2017 Order. ECF, Doc. 88. | Sustained ____ <br> Overruled ____ <br> Withdrawn ____ |
|---|---|---|---|
| 46. | January 16, 2015 email correspondence from Plaintiff to Alicia Duer requesting a meeting to discuss the letter of intent process for the BHS grant, and asking for Ms. Duer's help. | This Exhibit was excluded as part of the Court's January 12, 2017 Order. ECF, Doc. 88. | Sustained ____ <br> Overruled ____ <br> Withdrawn ____ |
| 48. | January 26, 2015 email from Plaintiff to Alicia Duer re: Letter of Intent advice. | This Exhibit was excluded as part of the Court's January 12, 2017 Order. ECF, Doc. 88. | Sustained ____ <br> Overruled ____ <br> Withdrawn ____ |
| 57. | February 4, 2015 email correspondence from Frances Hutchins at BHS to Alicia Duer. | The City objects to this Exhibit as duplicative of Exhibit 56. Duplicative exhibits will waste time and result in needless presentation of cumulative evidence. FRE 403. | Sustained ____ <br> Overruled ____ <br> Withdrawn ____ |
| 62. | February 11 - 12, 2015 email correspondence between Plaintiff and Billy Olpin of BHS. | Hearsay. See FRE 802 and 803. Billy Olpin is not on Plaintiff's witness list and is the author of this email. | Sustained ____ <br> Overruled ____ <br> Withdrawn ____ |
| 63. | February 13, 2015 email from Karen Heil of Mule Creek Prison to Plaintiff re: Call In success. | Hearsay. See FRE 802 and 803. Karen Heil is not on Plaintiff's witness list and is the author of this email. | Sustained ____ <br> Overruled ____ <br> Withdrawn ____ |
| 66. | March 10, 2015 correspondence from Tom Amato and Rev. Ernest Williams' to City Manager Kurt Wilson, with copies to the Mayor, City Council, Police Chief Eric Jones and | Irrelevant. FRE 402. Correspondence from outside, third-party representatives about Plaintiff's employment a month after she was terminated and at the | Sustained ____ <br> Overruled ____ <br> Withdrawn ____ |

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

| | | | |
|---|---|---|---|
| | | Jessica Glynn. | same time she filed her lawsuit is not relevant to whether the City had legitimate reasons for terminating her employment. Amato and Williams were not Plaintiff's supervisors. *Kilgore v. Sears, Roebuck & Co.*, 722 F.Supp. 1535, 1541 (N.D. Ill. 1989). | |
| 67. | | Operation Peacekeeper Program Policies and Procedures (Created January 2008)(6th Revision effective August 15, 2015) | Irrelevant. FRE 402. This policy was not in place during Plaintiff's employment. | Sustained ____ Overruled ____ Withdrawn ____ |
| 76. | | Printout from www.GovCB.com re: BHS Grant RFP | Irrelevant. FRE 402. Hearsay. See FRE 802 and 803. The City objects to this Exhibit as lacking proper authentication. FRE 901. *United States v. Sutton*, 426 F.2d 1202, 1206-07 (1969). | Sustained ____ Overruled ____ Withdrawn ____ |
| 78. | | Printout from www.californiabids.com re: BHS Grant RFP. | Irrelevant. FRE 402. Hearsay. See FRE 802 and 803. The City objects to this Exhibit as lacking proper authentication. FRE 901. *United States v. Sutton*, 426 F.2d 1202, 1206-07 (1969). | Sustained ____ Overruled ____ Withdrawn ____ |
| 79. | | Printout from www.usaopps.com re: BHS Grant RFP | Irrelevant. FRE 402. Hearsay. See FRE 802 and 803. Lacks proper authentication. FRE 901. *United States v. Sutton*, 426 F.2d 1202, 1206-07 (1969). | Sustained ____ Overruled ____ Withdrawn ____ |
| 80. | | Printout from NAPC web site re: BHS Grant RFP. | Irrelevant. FRE 402. Hearsay. See FRE 802 and 803. Lacks proper authentication. FRE | Sustained ____ Overruled ____ Withdrawn ____ |

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

City of Stockton's Objections to Plaintiff's Trial Exhibits

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

| | | | |
|---|---|---|---|
| | | 901. *United States v. Sutton*, 426 F.2d 1202, 1206-07 (1969).<br><br>The City further objects that this Exhibit is duplicative of Exhibits 77-79. If the Court overrules the City's objection, only one of Exhibits 77-80 should be admitted as the rest of the exhibits are cumulative. | |
| 81. | 2016 Printout from City of Stockton's current website re: Alicia Duer "Grant Manager" and point of contact. | Irrelevant. FRE 402. Duer's title a year after Plaintiff's employment is not relevant to circumstances during Plaintiff's employment.<br>The City objects to this Exhibit as duplicative of other evidence. FRE 403. | Sustained ____<br><br>Overruled ____<br><br>Withdrawn ____ |
| 91. | June 2, 2016 email chain between Jessica Glynn, and Rebecca Zaras and Kathy Brown of YWCA re: Meeting with Sherriff. | Irrelevant. FRE 402.<br><br>This Exhibit should be excluded as it will create undue delay and waste time. See Fed. R. Evid. 403.<br><br>Hearsay. FRE 801. Rebecca Zarras is not on Plaintiff's witness list and is not scheduled to testify at trial. | Sustained ____<br><br>Overruled ____<br><br>Withdrawn ____ |
| 92. | June 2-6, 2016 email chain between Jessica Glynn, and Grace Lubwama, Rebecca Zaras and Kathy Brown of YWCA re: Meeting with Kalamazoo prosecuting attorney. | Irrelevant. FRE 402. This Exhibit should be excluded as it will create undue delay and waste time. See FRE 403. | Sustained ____<br><br>Overruled ____<br><br>Withdrawn ____ |

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

| | | | |
|---|---|---|---|
| | | Hearsay. See FRE 801. Rebecca Zarras, Grace Lubwama, and Kathy Brown are not on Plaintiff's witness list and are not scheduled to testify at trial. | |
| 93. | June 16, 2016 Article – Local Coalition Working to Stop Violence. | Irrelevant FRE 402. This Exhibit is an article about the rate of violence in Kalamazoo, Michigan and has nothing to do with Plaintiff's case. This Exhibit should also be excluded as it will create undue delay and waste time. See FRE 403. | Sustained ____ Overruled ____ Withdrawn ____ |
| 94. | Plaintiff/YWCA $5K Contract and invoice. | The City only objects to one page of Exhibit 94 – JG 000656 as it is not relevant. The City has no objection to the remainder of Exhibit 94. | Sustained ____ Overruled ____ Withdrawn ____ |
| 95. | July 6, 2016 email from Sarah Baker re: Violence Prevention Task Force meeting. | Irrelevant. FRE 402. Hearsay. See FRE 802 and 803. Sarah Baker is not on Plaintiff's witness list and is the author of this email. | Sustained ____ Overruled ____ Withdrawn ____ |
| 96. | July 8, 2016 email from William re: Human Trafficking Task Force meeting. | Irrelevant. FRE 402. Hearsay. See FRE 802 and 803. "William" is not on Plaintiff's witness list and is the author of this email. | Sustained ____ Overruled ____ Withdrawn ____ |
| 97. | July 11, 2016 email from Jessica Glynn re: Human Trafficking Task Force | Irrelevant. FRE 402. The City further | Sustained ____ Overruled ____ |

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

| | | | |
|---|---|---|---|
| | meeting. | objects that this Exhibit excludes improper redaction preventing the City from properly rebutting any argument Plaintiff may lodge regarding the Exhibit. | Withdrawn _____ |
| 98. | July 12, 2016 email from Sarah Baker re: Violence Prevention. | Irrelevant. FRE 402. Hearsay. See FRE 802 and 803. Sarah Baker is not on Plaintiff's witness list and is the author of this email. | Sustained _____ Overruled _____ Withdrawn _____ |
| 99. | July 13, 2016 email from Sarah Baker to William re: Human Trafficking Task Force meeting. | Irrelevant. FRE 402. Hearsay. See FRE 802 and 803. Sarah Baker and "William" are not on Plaintiff's witness list and they are the authors of this email. The City further objects that this Exhibit excludes improper redaction preventing the City from properly rebutting any argument Plaintiff may lodge regarding the Exhibit. | Sustained _____ Overruled _____ Withdrawn _____ |
| 100. | July 14, 2016 email from Grace Lubwama/CEO of YWCA Kalamazoo re: grant opportunities. | Irrelevant. FRE 402. Hearsay. See FRE 802 and 803. Grace Lubwama is not on Plaintiff's witness list and is the author of this email. The City further objects that this Exhibit excludes improper redaction preventing the City from properly | Sustained _____ Overruled _____ Withdrawn _____ |

| | | | |
|---|---|---|---|
| | | rebutting any argument Plaintiff may lodge regarding the Exhibit. | |
| 101. | July 14, 2016 email from Sarah Baker re: Human Trafficking Task Force meeting. | Irrelevant. FRE 402.<br><br>The City further objects to this Exhibit on the grounds that its admission will cause undue delay, waste time, and result in needless presentation of cumulative evidence. FRE 403.<br><br>Hearsay. See FRE 802 and 803. Sarah Baker is not on Plaintiff's witness list and is the author of this email.<br><br>The City further objects that this Exhibit excludes improper redaction preventing the City from properly rebutting any argument Plaintiff may lodge regarding this Exhibit. | Sustained _____<br><br>Overruled _____<br><br>Withdrawn _____ |
| 102. | July 18, 2016 email from Jessica Glynn re: Human Trafficking Task Force-Protocol Working Group. | Irrelevant. FRE 402.<br><br>The City further objects to this Exhibit on the grounds that its admission will cause undue delay, waste time, and result in needless presentation of cumulative evidence. FRE 403.<br><br>The City further objects that this Exhibit excludes improper redaction preventing the City from properly | Sustained _____<br><br>Overruled _____<br><br>Withdrawn _____ |

Liebert Cassidy Whitmore<br>A Professional Law Corporation<br>5250 North Palm Ave, Suite 310<br>Fresno, California 93704

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

| | | | |
|---|---|---|---|
| | | rebutting any argument Plaintiff may lodge regarding the Exhibit. | |
| 103. | July 21, 2016 email from Jessica Glynn re: Human Trafficking Task Force-Protocol Working Group. | Irrelevant. FRE 402.<br><br>The City further objects to this Exhibit on the grounds that its admission will cause undue delay, waste time, and result in needless presentation of cumulative evidence. FRE 403.<br><br>The City further objects that this Exhibit excludes improper redaction preventing the City from properly rebutting any argument Plaintiff may lodge regarding the Exhibit. | Sustained ____<br><br>Overruled ____<br><br>Withdrawn ____ |
| 104. | July 29, 2016 email from Sarah Baker re: Opportunities to support Violence Prevention and Build a Healthier community. | Irrelevant. FRE 402.<br><br>The City further objects to this Exhibit on the grounds that its admission will cause undue delay, waste time, and result in needless presentation of cumulative evidence. FRE 403.<br><br>Hearsay. See FRE 802 and 803. Sarah Baker is not on Plaintiff's witness list and is the author of this email.<br><br>The City further objects that this Exhibit excludes improper redaction preventing the City from properly | Sustained ____<br><br>Overruled ____<br><br>Withdrawn ____ |

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

|   |   |   | |
|---|---|---|---|
| | | rebutting any argument Plaintiff may lodge regarding this Exhibit. | |
| 105. | August, 2016 YWCA Kalamazoo/Jessica Glynn job offer letter. | The City objects to this Exhibit as not an accurate representation of Plaintiff's employment agreement with the Kalamazoo YWCA. The City does not object to Exhibit 126. This Exhibit is duplicative and will confuse the jury. FRE 403. | Sustained \_\_\_\_<br><br>Overruled \_\_\_\_<br><br>Withdrawn \_\_\_\_ |
| 106. | August 9, 2016 email from Danielle Sielatycki re: Kalamazoo Violence Prevention Task Force Reminder 8.11.16. | Irrelevant. FRE 402.<br><br>The City further objects to this Exhibit on the grounds that its admission will cause undue delay, waste time, and result in needless presentation of cumulative evidence. FRE 403.<br><br>Hearsay. See FRE 802 and 803. Danielle Sielatycki is not on Plaintiff's witness list and is the author of this email.<br><br>The City further objects that this Exhibit excludes improper redaction preventing the City from properly rebutting any argument Plaintiff may lodge regarding this Exhibit. | Sustained \_\_\_\_<br><br>Overruled \_\_\_\_<br><br>Withdrawn \_\_\_\_ |
| 107. | July 21, 2016 Article Re: Operation Ceasefire effort in Kalamazoo, MI. | Irrelevant. FRE 402. It is an article about crime in Michigan. | Sustained \_\_\_\_<br><br>Overruled \_\_\_\_ |

City of Stockton's Objections to Plaintiff's Trial Exhibits

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

| | | | |
|---|---|---|---|
| | | The City further objects that the admission of this Exhibit will cause undue delay, waste time, and result in confusion of the jury. FRE 403. | Withdrawn ____ |
| 108. | October 11, 2012 Article re: Kalamazoo commitment to Ceasefire initiative. | Irrelevant. FRE 402. It is an article about crime in Kalamazoo, Michigan.<br><br>The City further objects that the admission of this Exhibit will cause undue delay, waste time, and result in confusion of the jury. FRE 403. | Sustained ____<br><br>Overruled ____<br><br>Withdrawn ____ |
| 110. | Comprehensive Summary of City of Stockton Unrepresented Management/Confidential and Law Employees Compensation Plan (July 1, 2012). | The City objects to this Exhibit as not timely identified. Plaintiff first identified it on December 9, 2016, as part of a supplemental trial exhibit list, which was not authorized by the Court. The Parties stipulated and the Court ordered on October 14, 2016 that the only documents that could be identified as supplemental trial exhibits on December 9, 2016 were those documents "regarding wage loss/mitigation, and any supplemental expert reports." Exhibit 110 does not pertain to mitigation or supplemental expert reports. Plaintiff has | Sustained ____<br><br>Overruled ____<br><br>Withdrawn ____ |

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

| | | | |
|---|---|---|---|
| | | improperly attempted to add it. The City further objects to this Exhibit because the Compensation Plan from two and a half years prior to Plaintiff's employment is irrelevant. See FRE 402. | |
| 111. | Comprehensive Summary of City of Stockton Unrepresented Management/Confidential and Law Employees Compensation Plan (July 1, 2013). | The City objects to this Exhibit as not timely identified.  Plaintiff first identified it on December 9, 2016, as part of a supplemental trial exhibit list, which was not authorized by the Court.  The Parties stipulated and the Court ordered on October 14, 2016 that the only documents that could be identified as supplemental trial exhibits on December 9, 2016 were those documents "regarding wage loss/mitigation, and any supplemental expert reports." Exhibit 111 does not pertain to mitigation or supplemental expert reports. Plaintiff has improperly attempted to add it. The City further objects to this Exhibit because the Compensation Plan from a year and a half prior to Plaintiff's employment is irrelevant. See FRE | Sustained ____ Overruled ____ Withdrawn ____ |

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

| | | | |
|---|---|---|---|
| | | 402. | |
| 112. | Comprehensive Summary of City of Stockton Unrepresented Management/Confidential and Law Employees Compensation Plan (July 1, 2014). | The City objects to this Exhibit as not timely identified. Plaintiff first identified it on December 9, 2016, as part of a supplemental trial exhibit list, which was not authorized by the Court. The Parties stipulated and the Court ordered on October 14, 2016 that the only documents that could be identified as supplemental trial exhibits on December 9, 2016 were those documents "regarding wage loss/mitigation, and any supplemental expert reports." Exhibit 112 does not pertain to mitigation or supplemental expert reports. Plaintiff has improperly attempted to add it.<br><br>The City further objects to this Exhibit as cumulative. It is duplicative of Exhibit 11. See FRE 403. | Sustained ____<br><br>Overruled ____<br><br>Withdrawn ____ |
| 113. | Comprehensive Summary of City of Stockton Unrepresented Management/Confidential and Law Employees Compensation Plan (July 1, 2015). | The City objects to this Exhibit as not timely identified. Plaintiff first identified it on December 9, 2016, as part of a supplemental trial exhibit list, which was not authorized by the Court. The Parties stipulated and the Court ordered on October 14, 2016 that | Sustained ____<br><br>Overruled ____<br><br>Withdrawn ____ |

| | | | |
|---|---|---|---|
| | | the only documents that could be identified as supplemental trial exhibits on December 9, 2016 were those documents "regarding wage loss/mitigation, and any supplemental expert reports." Exhibit 113 does not pertain to mitigation or supplemental expert reports. Plaintiff has improperly attempted to add it.<br><br>The City further objects to this Exhibit because the Compensation Plan from after Plaintiff's termination is irrelevant to this case. See FRE 402. | |
| 114. | Comprehensive Summary of City of Stockton Unrepresented Management/Confidential and Law Employees Compensation Plan (July 1, 2016). | The City objects to this Exhibit as not timely identified. Plaintiff first identified it on December 9, 2016, as part of a supplemental trial exhibit list, which was not authorized by the Court. The Parties stipulated and the Court ordered on October 14, 2016 that the only documents that could be identified as supplemental trial exhibits on December 9, 2016 were those documents "regarding wage loss/mitigation, and any supplemental expert reports." Exhibit 114 does not pertain to mitigation or | Sustained ____<br><br>Overruled ____<br><br>Withdrawn ____ |

Liebert Cassidy Whitmore<br>A Professional Law Corporation<br>5250 North Palm Ave, Suite 310<br>Fresno, California 93704

| | | | |
|---|---|---|---|
| | | supplemental expert reports. Plaintiff has improperly attempted to add it.<br><br>The City further objects to this Exhibit because the Compensation Plan from after Plaintiff's termination is irrelevant to this case. See FRE 402. | |
| 115. | | YWCA of Kalamazoo offer letter dated August 17, 2016. | The City objects to this Exhibit as not an accurate representation of Plaintiff's employment agreement with the Kalamazoo YWCA. The City does not object to Exhibit 126. This Exhibit is duplicative and will confuse the jury. FRE 403.<br><br>The City further objects that this Exhibit is duplicative of Exhibit 105. | Sustained _____<br><br>Overruled _____<br><br>Withdrawn _____ |
| 118. | | "Kalamazoo Dept. of Public Safety" article – December 11, 2012. | The City objects to this Exhibit as not timely identified. Plaintiff first identified it on December 9, 2016, as part of a supplemental trial exhibit list, which was not authorized by the Court. The Parties stipulated and the Court ordered on October 14, 2016 that the only documents that could be identified as supplemental trial exhibits on December | Sustained _____<br><br>Overruled _____<br><br>Withdrawn _____ |

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

| | | | |
|---|---|---|---|
| | | 9, 2016 were those documents "regarding wage loss/mitigation, and any supplemental expert reports." Exhibit 118 does not pertain to mitigation or supplemental expert reports. Plaintiff has improperly attempted to add it.<br><br>Irrelevant. FRE 402. This article was written two years before Plaintiff was employed by the City and pertains to implementation of Ceasefire in Michigan.<br><br>The City further objects that admission of this Exhibit will waste time, cause unnecessary delay, and confuse the jury. See FRE 403. | |
| 119. | "Amid Guns, And Violence And Police Shootings, A Program That Works" article – July 21, 2016. | The City objects to this Exhibit as not timely identified. Plaintiff first identified it on December 9, 2016, as part of a supplemental trial exhibit list, which was not authorized by the Court. The Parties stipulated and the Court ordered on October 14, 2016 that the only documents that could be identified as supplemental trial exhibits on December 9, 2016 were those documents "regarding wage loss/mitigation, | Sustained ____<br><br>Overruled ____<br><br>Withdrawn ____ |

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

| | | | |
|---|---|---|---|
| | | and any supplemental expert reports." Exhibit 119 does not pertain to mitigation or supplemental expert reports. Plaintiff has improperly attempted to add it.<br><br>Irrelevant. FRE 402. This article pertains to the implementation of Ceasefire in Michigan.<br><br>The City further objects that admission of this Exhibit will waste time, cause unnecessary delay, and confuse the jury. See FRE 403. | |
| 122. | Jessica Glynn, and YWCA Kalamazoo email thread – September 11 and 13, 2016. | The City objects to this Exhibit as not timely identified. Plaintiff first identified it on December 9, 2016, as part of a supplemental trial exhibit list, which was not authorized by the Court. The Parties stipulated and the Court ordered on October 14, 2016 that the only documents that could be identified as supplemental trial exhibits on December 9, 2016 were those documents "regarding wage loss/mitigation, and any supplemental expert reports." Exhibit 122 does not pertain to mitigation or supplemental expert reports. Plaintiff has improperly attempted to add it. | Sustained _____<br><br>Overruled _____<br><br>Withdrawn _____ |

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

| | | | | |
|---|---|---|---|---|
| | | | Irrelevant. FRE 402.<br><br>This Exhibit should be excluded as it will create undue delay and waste time. See FRE 403.<br><br>Hearsay. FRE 801. Grace Lubwama is not on Plaintiff's witness list and is not scheduled to testify at trial. | |
| 123. | | Email from Cathy Brown/YWCA of Kalamazoo to Jessica Glynn dated September 13, 2016. | The City objects to this Exhibit as not timely identified.  Plaintiff first identified it on December 9, 2016, as part of a supplemental trial exhibit list, which was not authorized by the Court.  The Parties stipulated and the Court ordered on October 14, 2016 that the only documents that could be identified as supplemental trial exhibits on December 9, 2016 were those documents "regarding wage loss/mitigation, and any supplemental expert reports." Exhibit 123 does not pertain to mitigation or supplemental expert reports. Plaintiff has improperly attempted to add it.<br><br>Irrelevant. See FRE 402.<br><br>This Exhibit should be excluded as it will | Sustained _____<br><br>Overruled _____<br><br>Withdrawn _____ |

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

| | | | |
|---|---|---|---|
| | | create undue delay and waste time. See FRE 403.<br><br>Hearsay. FRE 801. Cathy Brown is not on Plaintiff's witness list and is not scheduled to testify at trial. | |
| 124. | Email from Grace Lubwama/YWCA of Kalamazoo re: Jessica Glynn introduction. | The City objects to this Exhibit as not timely identified.  Plaintiff first identified it on December 9, 2016, as part of a supplemental trial exhibit list, which was not authorized by the Court.  The Parties stipulated and the Court ordered on October 14, 2016 that the only documents that could be identified as supplemental trial exhibits on December 9, 2016 were those documents "regarding wage loss/mitigation, and any supplemental expert reports." Exhibit 124 does not pertain to mitigation or supplemental expert reports. Plaintiff has improperly attempted to add it.<br><br>Irrelevant. FRE 402.<br><br>Hearsay. See FRE 801. Grace Lubwama is not on Plaintiff's witness list and is not scheduled to testify at trial. | Sustained ____<br><br>Overruled ____<br><br>Withdrawn ____ |
| 130. | Peacekeeper Program | The City objects to this | Sustained |

8033199.1 ST398-011

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

| | | | | |
|---|---|---|---|---|
| | | Manual issued (Effective January 2008, Revised June 1, 2009). | Exhibit as not timely identified. Plaintiff first identified it on December 9, 2016, as part of a supplemental trial exhibit list, which was not authorized by the Court. The Parties stipulated and the Court ordered on October 14, 2016 that the only documents that could be identified as supplemental trial exhibits on December 9, 2016 were those documents "regarding wage loss/mitigation, and any supplemental expert reports." Exhibit 130 does not pertain to mitigation or supplemental expert reports. Plaintiff has improperly attempted to add it.<br><br>Irrelevant. FRE 402. | Overruled ____<br><br>Withdrawn ____ |
| 131. | | Second Revision to Operation Peacekeeper Program Policies and Procedures effective January 1, 2011. | The City objects to this Exhibit as not timely identified. Plaintiff first identified it on December 9, 2016, as part of a supplemental trial exhibit list, which was not authorized by the Court. The Parties stipulated and the Court ordered on October 14, 2016 that the only documents that could be identified as supplemental trial exhibits on December 9, 2016 were those documents "regarding wage loss/mitigation, and any supplemental | Sustained ____<br><br>Overruled ____<br><br>Withdrawn ____ |

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

| | | | |
|---|---|---|---|
| | | expert reports." Exhibit 131 does not pertain to mitigation or supplemental expert reports. Plaintiff has improperly attempted to add it.<br><br>Irrelevant. FRE 402. | |
| 132. | Stockton Police Department Directive to "All personnel": from "Chief Eric Jones) dated April 27, 2012 re: Street Outreach Worker Call Outs. | The City objects to this Exhibit as not timely identified.  Plaintiff first identified it on December 9, 2016, as part of a supplemental trial exhibit list, which was not authorized by the Court.  The Parties stipulated and the Court ordered on October 14, 2016 that the only documents that could be identified as supplemental trial exhibits on December 9, 2016 were those documents "regarding wage loss/mitigation, and any supplemental expert reports." Exhibit 132 does not pertain to mitigation or supplemental expert reports. Plaintiff has improperly attempted to add it.<br><br>Irrelevant. FRE 402.<br><br>The City further objects that this Exhibit is not properly identified with a Bates-stamp and the City cannot verify which document Plaintiff is referring to in her list of Exhibits. | Sustained ____<br><br>Overruled ____<br><br>Withdrawn ____ |

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

| | | | |
|---|---|---|---|
| 133. | Ralph Womack email to staff re Snow Trips, dated January 29, 2013. | The City objects to this Exhibit as not timely identified.  Plaintiff first identified it on December 9, 2016, as part of a supplemental trial exhibit list, which was not authorized by the Court.  The Parties stipulated and the Court ordered on October 14, 2016 that the only documents that could be identified as supplemental trial exhibits on December 9, 2016 were those documents "regarding wage loss/mitigation, and any supplemental expert reports." Exhibit 133 does not pertain to mitigation or supplemental expert reports. Plaintiff has improperly attempted to add it.<br><br>Irrelevant. FRE 402.<br><br>The City further objects that this Exhibit is not properly identified with a Bates-stamp and the City cannot verify which document Plaintiff is referring to in her list of Exhibits. | Sustained \_\_\_\_<br><br>Overruled \_\_\_\_<br><br>Withdrawn \_\_\_\_ |
| 134. | Ralph Womack email to team re: 2/7/13 team building postponed, dated February 7, 2013. | The City objects to this Exhibit as not timely identified.  Plaintiff first identified it on December 9, 2016, as part of a supplemental trial exhibit list, which was not authorized by the Court.  The Parties | Sustained \_\_\_\_<br><br>Overruled \_\_\_\_<br><br>Withdrawn \_\_\_\_ |

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

| | | | | |
|---|---|---|---|---|
| | | | stipulated and the Court ordered on October 14, 2016 that the only documents that could be identified as supplemental trial exhibits on December 9, 2016 were those documents "regarding wage loss/mitigation, and any supplemental expert reports." Exhibit 134 does not pertain to mitigation or supplemental expert reports. Plaintiff has improperly attempted to add it.<br><br>Irrelevant. FRE 402.<br><br>The City further objects that this Exhibit is not properly identified with a Bates-stamp and the City cannot verify which document Plaintiff is referring to in her list of Exhibits. | |
| 135. | | Ralph Womack email to team re: potential reschedule to March 7 for team building, dated January 30, 2013. | The City objects to this Exhibit as not timely identified. Plaintiff first identified it on December 9, 2016, as part of a supplemental trial exhibit list, which was not authorized by the Court. The Parties stipulated and the Court ordered on October 14, 2016 that the only documents that could be identified as supplemental trial exhibits on December 9, 2016 were those | Sustained ____<br><br>Overruled ____<br><br>Withdrawn ____ |

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

| | | | |
|---|---|---|---|
| | | documents "regarding wage loss/mitigation, and any supplemental expert reports." Exhibit 135 does not pertain to mitigation or supplemental expert reports. Plaintiff has improperly attempted to add it.<br><br>Irrelevant. FRE 402.<br><br>The City further objects that this Exhibit is not properly identified with a Bates-stamp and the City cannot verify which document Plaintiff is referring to in her list of Exhibits. | |
| 136. | Ralph Womack email to Jose Gomez re: Snow, dated February 28, 2013. | The City objects to this Exhibit as not timely identified.  Plaintiff first identified it on December 9, 2016, as part of a supplemental trial exhibit list, which was not authorized by the Court.  The Parties stipulated and the Court ordered on October 14, 2016 that the only documents that could be identified as supplemental trial exhibits on December 9, 2016 were those documents "regarding wage loss/mitigation, and any supplemental expert reports." Exhibit 136 does not pertain to mitigation or supplemental expert reports. Plaintiff has improperly attempted | Sustained _____<br><br>Overruled _____<br><br>Withdrawn _____ |

City of Stockton's Objections to Plaintiff's Trial Exhibits

| | | | |
|---|---|---|---|
| | | to add it.<br><br>Irrelevant. FRE 402.<br><br>The City further objects that this Exhibit is not properly identified with a Bates-stamp and the City cannot verify which document Plaintiff is referring to in her list of Exhibits. | |
| 137. | Memo Re: OVP Admin Meeting, December 22, 2015. | The City objects to this Exhibit as not timely identified.  Plaintiff first identified it on December 9, 2016, as part of a supplemental trial exhibit list, which was not authorized by the Court.  The Parties stipulated and the Court ordered on October 14, 2016 that the only documents that could be identified as supplemental trial exhibits on December 9, 2016 were those documents "regarding wage loss/mitigation, and any supplemental expert reports." Exhibit 137 does not pertain to mitigation or supplemental expert reports. Plaintiff has improperly attempted to add it.<br><br>Irrelevant. FRE 402.<br><br>The City further objects that this Exhibit is not properly identified with a Bates-stamp and the City | Sustained ____<br><br>Overruled ____<br><br>Withdrawn ____ |

City of Stockton's Objections to Plaintiff's Trial Exhibits

Liebert Cassidy Whitmore<br>A Professional Law Corporation<br>5250 North Palm Ave, Suite 310<br>Fresno, California 93704

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

| | | | |
|---|---|---|---|
| | | cannot verify which document Plaintiff is referring to in her list of Exhibits. | |
| 138. | Memo from OVP Management, December 28, 2015. | The City objects to this Exhibit as not timely identified.  Plaintiff first identified it on December 9, 2016, as part of a supplemental trial exhibit list, which was not authorized by the Court.  The Parties stipulated and the Court ordered on October 14, 2016 that the only documents that could be identified as supplemental trial exhibits on December 9, 2016 were those documents "regarding wage loss/mitigation, and any supplemental expert reports." Exhibit 138 does not pertain to mitigation or supplemental expert reports. Plaintiff has improperly attempted to add it.<br><br>Irrelevant. FRE 402.<br><br>The City further objects that this Exhibit is not properly identified with a Bates-stamp and the City cannot verify which document Plaintiff is referring to in her list of Exhibits. | Sustained _____<br><br>Overruled _____<br><br>Withdrawn _____ |
| 139. | La Tosha Walden emails staff re: "Thank you Ernest for bringing up the issue of | The City objects to this Exhibit as not timely identified.  Plaintiff | Sustained _____<br><br>Overruled _____ |

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

| | | | |
|---|---|---|---|
| | overtime," dated December 29, 2015. | first identified it on December 9, 2016, as part of a supplemental trial exhibit list, which was not authorized by the Court.  The Parties stipulated and the Court ordered on October 14, 2016 that the only documents that could be identified as supplemental trial exhibits on December 9, 2016 were those documents "regarding wage loss/mitigation, and any supplemental expert reports."  Exhibit 139 does not pertain to mitigation or supplemental expert reports. Plaintiff has improperly attempted to add it.

Irrelevant. FRE 402.

The City further objects that this Exhibit is not properly identified with a Bates-stamp and the City cannot verify which document Plaintiff is referring to in her list of Exhibits.

Hearsay. See FRE 802 and 803. La Tosha Walden is not on Plaintiff's witness list and is the author of this email. | Withdrawn ____ |
| 140. | Memo re: OVP Admin Meeting, January 6, 2015 (sic). | The City objects to this Exhibit as not timely identified.  Plaintiff first identified it on | Sustained ____

Overruled ____ |

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

| | | | |
|---|---|---|---|
| | | December 9, 2016, as part of a supplemental trial exhibit list, which was not authorized by the Court. The Parties stipulated and the Court ordered on October 14, 2016 that the only documents that could be identified as supplemental trial exhibits on December 9, 2016 were those documents "regarding wage loss/mitigation, and any supplemental expert reports." Exhibit 140 does not pertain to mitigation or supplemental expert reports. Plaintiff has improperly attempted to add it.<br><br>Irrelevant. FRE 402.<br><br>The City further objects that this Exhibit is not properly identified with a Bates-stamp and the City cannot verify which document Plaintiff is referring to in her list of Exhibits. | Withdrawn _____ |
| 141. | Stockton City Council Resolution – 09-0386, dated December 7, 2009. | The City objects to this Exhibit as not timely identified. Plaintiff first identified it on December 9, 2016, as part of a supplemental trial exhibit list, which was not authorized by the Court. The Parties stipulated and the Court ordered on October 14, 2016 that the only documents | Sustained _____<br><br>Overruled _____<br><br>Withdrawn _____ |

8033199.1 ST398-011

30

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

| | | | |
|---|---|---|---|
| | | that could be identified as supplemental trial exhibits on December 9, 2016 were those documents "regarding wage loss/mitigation, and any supplemental expert reports." Exhibit 141 does not pertain to mitigation or supplemental expert reports. Plaintiff has improperly attempted to add it.<br><br>Irrelevant. See FRE 402.<br><br>The City further objects that this Exhibit is not properly identified with a Bates-stamp and the City cannot verify which document Plaintiff is referring to in her list of Exhibits. | |
| 142. | Ralph Womack email to team re: "Info," dated March 13, 2012. | The City objects to this Exhibit as not timely identified. Plaintiff first identified it on December 9, 2016, as part of a supplemental trial exhibit list, which was not authorized by the Court. The Parties stipulated and the Court ordered on October 14, 2016 that the only documents that could be identified as supplemental trial exhibits on December 9, 2016 were those documents "regarding wage loss/mitigation, and any supplemental expert reports." | Sustained ____<br><br>Overruled ____<br><br>Withdrawn ____ |

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

| | | | |
|---|---|---|---|
| | | Exhibit 142 does not pertain to mitigation or supplemental expert reports. Plaintiff has improperly attempted to add it. Irrelevant. FRE 402. Hearsay. FRE 802 and 803. The City further objects that this Exhibit is not properly identified with a Bates-stamp and the City cannot verify which document Plaintiff is referring to in her list of Exhibits. | |
| 143. | Printout re: City of Stockton Training, February 7, 2013 re: "Advanced FLSA." | The City objects to this Exhibit as not timely identified.  Plaintiff first identified it on December 9, 2016, as part of a supplemental trial exhibit list, which was not authorized by the Court.  The Parties stipulated and the Court ordered on October 14, 2016 that the only documents that could be identified as supplemental trial exhibits on December 9, 2016 were those documents "regarding wage loss/mitigation, and any supplemental expert reports." Exhibit 143 does not pertain to mitigation or supplemental expert reports. Plaintiff has improperly attempted to add it. | Sustained _____ Overruled _____ Withdrawn _____ |

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

| | | | | |
|---|---|---|---|---|
| | | | Irrelevant. FRE 402.<br><br>Hearsay. FRE 802 and 803.<br><br>The City further objects that this Exhibit is not properly identified with a Bates-stamp and the City cannot verify which document Plaintiff is referring to in her list of Exhibits. | |
| 144. | | Email from Jessica Glynn re: Notes from Ceasefire Call in debrief, dated December 15, 2014, with attachment. | The City objects to this Exhibit as not timely identified. Plaintiff first identified it on December 9, 2016, as part of a supplemental trial exhibit list, which was not authorized by the Court. The Parties stipulated and the Court ordered on October 14, 2016 that the only documents that could be identified as supplemental trial exhibits on December 9, 2016 were those documents "regarding wage loss/mitigation, and any supplemental expert reports." Exhibit 144 does not pertain to mitigation or supplemental expert reports. Plaintiff has improperly attempted to add it.<br><br>Irrelevant. See FRE 402.<br><br>The City further objects that this Exhibit | Sustained ____<br><br>Overruled ____<br><br>Withdrawn ____ |

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

| | | | |
|---|---|---|---|
| | | is not properly identified with a Bates-stamp and the City cannot verify which document Plaintiff is referring to in her list of Exhibits. | |
| 145. | Email from Jessica Glynn re: Ceasefire Call in Planning Meeting, dated January 15, 2015. | The City objects to this Exhibit as not timely identified.  Plaintiff first identified it on December 9, 2016, as part of a supplemental trial exhibit list, which was not authorized by the Court.  The Parties stipulated and the Court ordered on October 14, 2016 that the only documents that could be identified as supplemental trial exhibits on December 9, 2016 were those documents "regarding wage loss/mitigation, and any supplemental expert reports." Exhibit 145 does not pertain to mitigation or supplemental expert reports. Plaintiff has improperly attempted to add it.<br><br>Irrelevant. FRE 402.<br><br>The City further objects that this Exhibit is not properly identified with a Bates-stamp and the City cannot verify which document Plaintiff is referring to in her list of Exhibits. | Sustained \_\_\_\_<br><br>Overruled \_\_\_\_\_<br><br>Withdrawn \_\_\_\_ |

| 146. | Email from Jessica Glynn re: Reminder re: Ceasefire Call in planning meeting tomorrow, dated February 4, 2015. | The City objects to this Exhibit as not timely identified. Plaintiff first identified it on December 9, 2016, as part of a supplemental trial exhibit list, which was not authorized by the Court. The Parties stipulated and the Court ordered on October 14, 2016 that the only documents that could be identified as supplemental trial exhibits on December 9, 2016 were those documents "regarding wage loss/mitigation, and any supplemental expert reports." Exhibit 146 does not pertain to mitigation or supplemental expert reports. Plaintiff has improperly attempted to add it.<br><br>Irrelevant. See FRE 402.<br><br>The City further objects that this Exhibit is not properly identified with a Bates-stamp and the City cannot verify which document Plaintiff is referring to in her list of Exhibits. | Sustained ____<br><br>Overruled ____<br><br>Withdrawn ____ |

The City reserves the right to object to Plaintiff's Exhibits at trial for any legally cognizable reason, including lack of foundation and failure to authenticate.

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

1

2   Dated:  January 18, 2017                    LIEBERT CASSIDY WHITMORE

3

4                                              By:  _____

5                                                   Jesse J. Maddox
                                                    Kimberly A. Horiuchi
6                                                   Attorneys for Defendant CITY OF
                                                    STOCKTON
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

## PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California.  I am employed in County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made.  I am over the age of eighteen years and not a party to the within action.

On **January 18, 2017,** I served the foregoing document(s) described as **CITY OF STOCKTON'S OBJECTIONS TO PLAINTIFF'S TRIAL EXHIBITS** in the manner checked below on all interested parties in this action addressed as follows:

Gary R. Basham
Basham Law Group
100 Pringle Avenue, Suite 330
Walnut Creek, CA 94596
Telephone: (925) 309-6112
Facsimile: (925) 952-7078
Email: gary@bashamlawgroup.com

☑  **(BY U.S. MAIL)**  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Fresno, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐  **(BY FACSIMILE)**  I am personally and readily familiar with the business practice of Liebert Cassidy Whitmore for collection and processing of document(s) to be transmitted by facsimile.  I arranged for the above-entitled document(s) to be sent by facsimile from facsimile number 559.449.4535 to the facsimile number(s) listed above.  The facsimile machine I used complied with the applicable rules of court.  Pursuant to the applicable rules, I caused the machine to print a transmission record of the transmission, to the above facsimile number(s) and no error was reported by the machine.  A copy of this transmission is attached hereto.

Executed on **January 18, 2017**, at Fresno, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Susan L. Pugh

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

1

Proof of Service