1  GARY R. BASHAM (SBN 130119)
   NANCY L. McCOY (SBN 184983)
2  BASHAM LAW GROUP
   100 Pringle Avenue, Suite 330
3  Walnut Creek, CA 94596
   Telephone:  (925) 309-6112
4  Facsimile:   (925) 952-7078
   gary@bashamlawgroup.com
5  nancy@bashamlawgroup.com

6
   Attorneys for Plaintiff,
7  JESSICA GLYNN

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | JESSICA GLYNN, an individual, | Case No. 2:15-CV-00529-KJM-JB |
   |---|---|
12 | Plaintiff, | **PLAINTIFF JESSICA GLYNN'S OBJECTIONS TO DEFENDANT'S TRIAL EXHIBITS** |
13 | v. | |
14 | | Assigned to Judge Kimberly J. Mueller Courtroom 3, 15th Floor |
15 | CITY OF STOCKTON; and DOES 1 through 50, inclusive, | Trial date:  February 1, 2017 Time:   1:30 p.m. |
16 | Defendants. | |

17

18     Plaintiff hereby submits her Objections to Defendant City of Stockton's ("Defendant's")

19 Trial Exhibits, pursuant to this Court's Final Pretrial Order (ECF #60).

20

21 | EXHIBIT NUMBER | DEFENDANT'S DESCRIPTION | OBJECTION | RULING |
   |---|---|---|---|
22 | Def. Exhibit M (1-4) | Inter-Office Memorandum between Jose Gomez to Christian Clegg dated January 28, 2015 entitled "Bias Treatment of Employees and Hostile Work Environment 002699-002701 | Plaintiff objects that the identified document is partial and incomplete and missing its fourth and last page, namely page 2702. Fed. R .Evid. 106. | Sustained _____ Overruled _____ Withdrawn _____ |

28

PLAINTIFF JESSICA GLYNN'S
OBJECTIONS TO DEFENDANT'S TRIAL
EXHIBITS                                                                Case No. 2:15-CV-00529-KJM-JB

| | | | |
|---|---|---|---|
| Def. Exhibit CC (1-3) | Email chain between Jessica Glynn, Debbie Shipp, Karen Costa, and Florence Low dated December 5, 2014 at 3:20 PM through December 9, 2014 at 4:02 PM entitled "Update re Interviews next Tuesday, Dec. 9, for Office Assistant – OVP"<br><br>06388-06389; 06394 | Plaintiff objects that the identified exhibit is compound, as it purports to combine more than one discrete document. Plaintiff further objects that the second discrete document, beginning with 006394, is partial and incomplete, missing its second and third pages. Fed. R Evid. 106. | Sustained _____<br><br>Overruled _____<br><br>Withdrawn _____ |
| Def. Exhibit PP | City of Stockton Hire/Personnel Action Form dated October 10, 2014.<br><br>000011 | Plaintiff objects to this document on the grounds it improperly discloses private and confidential information, namely Plaintiff's Social Security Number, as well as Plaintiff's personal cell phone number.<br><br>Fed. Rule of Civ. Proc. 5.2, and E.D. Local Rule 140. | Sustained _____<br><br>Overruled _____<br><br>Withdrawn _____ |
| Def. Exhibit WW (1-2) | Resume of Jessica Glynn to City of Stockton<br><br>00039-000040 and JG 000975-976. | Plaintiff objects to the identified exhibits on the grounds that the document identified as Defendant's Exhibit WW (1-2) on Defendant's **original** Trial Exhibit List (ECF #49) and Defendant's **Supplemental** Trial Exhibit List (ECF #86) each identify different documents.<br><br>Plaintiff further objects to pages 000039-00040 as containing Plaintiff's private information i.e. personal cell phone and personal | Sustained _____<br><br>Overruled _____<br><br>Withdrawn _____ |

|   |   |   |   |   |
|---|---|---|---|---|
| 1 |   |   | email address. Fed. Rule of Civ. Proc. 5.2, and E.D. Local Rule 140.<br><br>Plaintiff objects to JG 000975-976 as not timely identified. Defendant first identified this document (produced by Plaintiff in June, 2015) in Defendant's Supplemental Trial Exhibit List on December 9, 2016, which was not authorized by the court. Defendant has improperly attempted to add it. |   |
| 12 | Def. Exhibit ZZ | Jessica Glynn's Medical Insurance Opt-Out Form dated October 16, 2014.<br><br>00058-000059 | Plaintiff objects that the first page of this referenced exhibit is irrelevant and invades Plaintiff's privacy in that it is an unredacted copy of her marriage certificate. Fed Rule Ev. 402.  Fed.  Rule of Civ. Proc. 5.2, and E.D. Local Rule 140.<br><br>Plaintiff further objects to inclusion of page 00059 on the grounds the identified document is partial and incomplete.  Fed. R .Evid. 106.<br><br>Plaintiff further objects to this exhibit as it improperly discloses private and confidential information, namely Plaintiff Jessica Glynn and her husband Santiago Salinas's Social Security Numbers and dates of birth. Fed.  Rule of | Sustained _____<br><br>Overruled _____<br><br>Withdrawn _____ |
PLAINTIFF JESSICA GLYNN'S
OBJECTIONS TO DEFENDANT'S TRIAL
EXHIBITS

Case No. 2:15-CV-00529-KJM-JB

| | | | |
|---|---|---|---|
| | | Civ. Proc. 5.2, and E.D. Local Rule 140. Plaintiff further objects to this Exhibit as not timely identified. The documents were always in Defendant's possession, from 2014 to date by Defendant in Spring, 2015) yet were not timely identified on Defendant's original Trial Exhibit List. Defendant first identified the document in Defendant's Supplemental Trial Exhibit List on December 9, 2016, which was not authorized by the court. Defendant has improperly attempted to add it. | |
| Def. "Proposed List of Deposition Transcripts," ECF # 57, page 13, filed September 12, 2016 | Def. "Proposed List of Deposition Transcripts," ECF # 57, page 13, filed September 12, 2016 | Defendant objects to Defendant's "Proposed List of Deposition Transcripts," as Defendant failed to specify portions of ANY deposition transcripts (including video deposition recordings) it planned to use at trial. E.D. Local Rule 281 requires that the parties' Pretrial Statements list portions of depositions that the party expects to offer at trial. | Sustained _____ Overruled _____ Withdrawn _____ |

PLAINTIFF JESSICA GLYNN'S
OBJECTIONS TO DEFENDANT'S TRIAL
EXHIBITS                                                                     Case No. 2:15-CV-00529-KJM-JB

| Def. "Proposed List of Deposition Transcripts," ECF # 57, page 13, filed September 12, 2016 – Gene Acevedo | Def. "Proposed List of Deposition Transcripts," ECF # 57, page 13, filed September 12, 2016 – Gene Acevedo | Plaintiff objects on the grounds that Gene Acevedo was not listed by either side as a trial witness. Mr. Acevedo is a local resident, and there is no valid reason for Defendant to use Mr. Acevedo's deposition transcript at trial in lieu of live testimony, as Mr. Acevedo is not unavailable. Fed. Rule Civ. Proc. 32(a)(4). In addition, Defendant failed to specify portions of the Gene Acevedo deposition transcript it planned to use at trial. E.D. Local Rule 281 requires that the parties' Pretrial Statements list portions of depositions that the party expects to offer at trial. | Sustained _____ Overruled _____ Withdrawn _____ |

Date: January 18, 2017                                BASHAM LAW GROUP

                                        By:   /s/ Nancy L. McCoy
                                              GARY R. BASHAM
                                              NANCY L. McCOY

                                              Attorneys for Plaintiff
                                              JESSICA GLYNN

                                              4843-6423-3536, v. 1