**FILED**

FEB 15 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA GLYNN, | No. 2:15-cv-0529 KJM DB |
| Plaintiff, | |
| v. | JURY COMMUNICATION |
| CITY OF STOCKTON, | |
| Defendant. | |

**REPLY FROM COURT TO NOTE RECEIVED ON FEBRUARY 15, 2017 at 10:25 AM**

Date sent to jury: February 15, 2017

Time sent to jury: 10:58 am

The date sent for City Exhibit V1 is January 13, 2015.

DATED: February 15, 2017

Kimberly J. Mueller
U.S. District Judge

1