

**FILED**

FEB 16 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA GLYNN, | No. 2:15-cv-0529 KJM DB |
| Plaintiff, | |
| v. | JURY COMMUNICATION |
| CITY OF STOCKTON, | |
| Defendant. | |

**REPLY FROM COURT TO NOTES RECEIVED ON FEBRUARY 16, 2017**

**at 10:15 AM and 11:25 AM**

Date sent to jury: February 16, 2017

Time sent to jury:

    In response to the questions in your first and second notes of this morning:

    "Contributing factor" means a factor that though not the primary cause plays a part in producing a result.

    Regarding "illegal information sharing," the court notes that Final Instruction No. 21 references "disclosing information of an unlawful act or acts." The unlawful acts that plaintiff asserts she disclosed are the acts identified in 2a and 2b of Final Instruction No. 21. Plaintiff's testimony during trial explained her position with respect to the information sharing practices described in 2b.

1

Regarding "burden of proof," the court directs you to Final Instruction No. 15, which defines the burden of proof applicable to plaintiff's claims.

Regarding Final Instruction No. 21, step 5, the meaning of "disclosure of information" as used in that step may be discerned by reviewing the language of steps 2 and 3, while bearing in mind that you should read all of the language of Instruction No. 21 as a whole.

The court reminds you that you should follow all of the court's instructions and not single out one over the other.

DATED: February 16, 2017

KIMBERLY J. MUELLER
U.S. DISTRICT JUDGE